**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Edward Terrell Chandler, Appellant.

Appellate Case No. 2016-001554

---

Appeal From Edgefield County
Eugene C. Griffith, Jr., Circuit Court Judge

---

Unpublished Opinion No. 2019-UP-333
Submitted September 1, 2019 – Filed October 9, 2019

---

**AFFIRMED**

---

Appellate Defender Susan Barber Hackett, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Attorney General David A. Spencer, both of Columbia; and Solicitor Samuel R. Hubbard, III, of Lexington, all for Respondent.

---

**PER CURIAM:** Edward Terrell Chandler appeals his convictions and aggregate sixty-year sentence for first-degree burglary, strong armed robbery, kidnapping, and first-degree criminal sexual conduct, arguing the trial court erred by requiring

him to demonstrate a heightened level of competency when it denied his pretrial motion to relieve counsel and proceed pro se, which improperly forced him to choose between his right to self-representation and his right to a speedy trial.  We affirm pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Dunbar*, 356 S.C. 138, 142, 587 S.E.2d 691, 693-94 (2003) ("In order for an issue to be preserved for appellate review, it must have been raised to and ruled upon by the trial [court].  Issues not raised and ruled upon in the trial court will not be considered on appeal."); *State v. King*, 416 S.C. 92, 112, 784 S.E.2d 252, 262 (Ct. App. 2016) ("[W]here an objection is expressly withdrawn, it cannot be raised on appeal."), *rev'd on other grounds*, 424 S.C. 188, 818 S.E.2d 204 (2018).

**AFFIRMED.**[1]

**SHORT, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.